IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-42-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DONNY DEESE, ) | |
| ) | |
| Defendant. ) | |

On April 24, 2014, Donny Deese ("Deese") filed a motion to modify his sentence [D.E. 180]. Deese wants the court to waive the $200 special assessment and $19,780 in restitution. See [D.E. 176]. The motion [D.E. 180] is DENIED.

SO ORDERED. This _8_ day of October 2014.

JAMES C. DEVER III
Chief United States District Judge